## Mary Smith, Appellant, v. Fred Solger, Appellee.

### Gen. No. 42,516.

opinion filed March 2, 1943; rehearing denied March 23, 1943. Royal W. Irwin, for appellant; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."